This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**RONALD A. ARMSTRONG and**
**AMERICA'S BEST STONE, LLC,**
**a New Mexico Limited Liability Company,**

    Plaintiffs-Appellees,

**v.**                                            **No. 34,434**

**JACK L. ELKINS, II, a/k/a**
**JACKIE ELKINS, a/k/a JACK L. ELKINS,**

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF MCKINLEY COUNTY**
**Grant l. Foutz, District Judge**

Mason & Isaacson, P.A.
Thomas Lynn Isaacson
Gallup, NM

for Appellees

Business Law Southwest, LLC
Donald F. Kochersberger III
Alicia M. LaPado
Albuquerque, NM

Harris Law, P.C.
Don F. Harris
Albuquerque, NM

Albuquerque Business Law, P.C.
Jeremy J. Theoret
Albuquerque, NM

Joshua R. Sims, P.C.
Joshua R. Sims
Albuquerque, NM

for Appellants

**MEMORANDUM OPINION**

**GARCIA, Judge.**

{1}     Summary dismissal for a non-final order was proposed for the reasons stated in the notice of proposed disposition.  No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

{2}     The appeal is dismissed for lack a of final order and remanded to the district court for further proceedings.

{3}     **IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____

**M. MONICA ZAMORA, Judge**